John V. Picone III (#187226/Picone@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant
GESTURETEK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| REACTRIX SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GESTURETEK, INC.<br><br>    Defendant. | Case No. C06 2175 SI<br><br>**STIPULATION TO EXTEND LITIGATION DEADLINES PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12; [PROPOSED] ORDER** |

WHEREFORE, Reactrix Systems, Inc. ("Reactrix") filed its complaint on March 24, 2006;

WHEREFORE, GestureTek, Inc. ("GestureTek") and Reactrix have agreed to engage in substantive negotiations in an attempt to settle the present dispute, and have agreed to extend current litigation deadlines by sixty (60) days to conduct those negotiations.  GestureTek and Reactrix have agreed to extend the following deadlines, as follows:

| Action | Current Deadline | Stipulated Extension |
|---|---|---|
| GestureTek's Answer | May 10, 2006 | [Proposed:  July 10, 2006] |
| Last day to meet and confer re early settlement, initial disclosures, and ADR, etc. | July 3, 2006 | [Proposed:  September 1, 2006] |
| Last day to complete initial disclosures | July 17, 2006 | [Proposed:  September 15, 2006] |
| Case Management Conference | July 28, 2006 | [Proposed:  September 29, 2006] |

/ / /

1    WHEREFORE, there have been no previous time modifications in this case;

2    WHEREFORE, the parties respectfully request the Court to adopt the above-stated schedule;

3    IT IS HEREBY STIPULATED that the parties adhere to the extended schedule listed above.

4    Dated: May 8, 2006                    HELLER EHRMAN LLP

5
                                          By:  \s\ Kurt M. Kjelland
6                                              Kurt M. Kjelland

7                                         Attorneys for Plaintiff
8                                         REACTRIX SYSTEMS, INC.

9    Dated: May 8, 2006                    FISH & RICHARDSON P.C.
10

11                                        By:  \s\ John V. Picone III
                                               John V. Picone III
12
13                                        Attorneys for Defendant
                                          GESTURETEK, INC.

14        Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

15   of perjury that concurrence in the filing of this document has been obtained from Kurt M. Kjelland.

16
17   Dated: May 8, 2006                    FISH & RICHARDSON P.C.

18                                        By:  \s\ John V. Picone III
                                               John V. Picone III
19
20                                        Attorneys for Defendant
                                          GESTURETEK, INC.
21

22                                        **ORDER**

23        PURSUANT TO STIPULATION, IT IS SO ORDERED.

24   Dated: _____, 2006

25                                        _____
26                                             Hon. Susan Illston
                                          Judge of the United States District Court
27

28   50346984.DOC

2