Robert T. Haslam (#71134)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Email address: robert.haslam@hellerehrman.com

Kurt M. Kjelland (#172076)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
Email address: kurt.kjelland@hellerehrman.com

Attorneys for Plaintiff, Counterclaim Defendant and Counterclaim Plaintiff, REACTRIX SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REACTRIX SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>GESTURETEK, INC.<br><br>                Defendant.<br><br>GESTURETEK, INC. and VERY VIVID, INC.,<br><br>                Counterclaim Plaintiffs,<br><br>vs.<br><br>REACTRIX SYSTEMS, INC.,<br><br>                Counterclaim Defendant. | Case No.: C 06 2175 SI<br><br>**STIPULATION TO EXTEND LITIGATION DEADLINES PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | REACTRIX SYSTEMS, INC., |
| 2 | Counterclaim Plaintiff, |
| 3 | |
| 4 | vs. |
| 5 | VERY VIVID, INC., |
| 6 | Counterclaim Defendant. |

WHEREAS, Reactrix Systems, Inc. ("Reactrix") filed its complaint on March 24, 2006;

WHEREAS, GestureTek, Inc. ("GestureTek") and Very Vivid, Inc. ("Very Vivid") filed an answer and counterclaims on July 10, 2006;

WHEREAS, Reactrix filed its reply to counterclaim and counterclaims against Very Vivid on August 2, 2006;

WHEREAS, the parties have been engaged in settlement negotiations and have agreed upon a non-binding term sheet outlining a settlement of this matter;

WHEREAS, the parties wish to avoid further expense of litigation while they attempt to finalize and document a binding settlement agreement. To facilitate their efforts, the parties, therefore, have agreed to extend the following deadlines as follows:

| Action | Current Deadline | Stipulated Deadline |
|---|---|---|
| Last day to complete initial disclosures | September 15, 2006 | [Proposed: October 20, 2006] |
| Case Management Conference | September 26, 2006 | December 1, 2006 [Proposed: October 27, 2006] |

WHEREAS, the Court has previously modified the case deadlines only once, on May 8, 2006, to accommodate the settlement discussions that have resulted in the instant settlement reached in principle; and

WHEREAS, the parties respectfully request that the Court adopt the above-stated schedule, and continue the Case Management Conference as proposed.

///

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that the parties adhere to the schedule set forth above

Dated: September 14, 2006     HELLER EHRMAN LLP

By: /S/
Kurt M. Kjelland

Attorneys for Plaintiff, Counterclaim Defendant, and Counterclaim Plaintiff REACTRIX SYSTEMS, INC.

Dated: September 14, 2006     FISH & RICHARDSON P.C.

By: /S/
John V. Picone III

Attorneys for Defendants, Counterclaim Plaintiffs, and Counterclaim Defendants GESTURETEK, INC. and VERY VIVID, INC.

Pursuant to General Order 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John V. Picone III.

Dated: September 14, 2006     HELLER EHRMAN LLP

By: /S/
Kurt M. Kjelland

Attorneys for Plaintiff, Counterclaim Defendant, and Counterclaim Plaintiff REACTRIX SYSTEMS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

*[signature: Susan Illston]*
Hon. Susan Illston
Judge of the United States District Court