IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REACTRIX SYSTEMS INC., | No. C 06-02175 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| GESTURETEK, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>May 4, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>November 29, 2007</u>.

DESIGNATION OF EXPERTS: <u>October 15, 2007</u>; REBUTTAL: <u>November 14, 2007</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 20, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 10, 2008</u>;

    Opp. Due <u>February 1, 2008</u>; Reply Due <u>February 15, 2008</u>;

    and set for hearing no later than <u>February 29, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 29, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 12, 2008</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's ENE program. If necessary, counsel may stipulate to extend deposition hours for the inventors.
Rule 26 Disclosures shall be produced on 1/19/07.

See attached Patent Schedule.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/5/06

_____
SUSAN ILLSTON
United States District Judge

| | | |
|---|---|---|
| 1 | 2/5/07 | Disclosure of Asserted Claims and Preliminary Infringement Contentions (Pat.L.R. 3-1 &2) by deft. |
| 2 | 3/22/07 | Serve Preliminary Invalidity Contentions (Pat.L.R. 3-3 &4) by pltf. |
| 3 | | |
| 4 | 4/5/07 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 5 | 4/25/07 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 6 | | |
| 7 | 5/21/07 | File Joint Claim Construction & Prehearing Statement (Pat.L.R. 4-3) |
| 8 | | |
| 9 | 6/20/07 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 10 | | |
| 11 | 7/5/07 | File Opening Brief on Claim Construction (Pat.L.R. 4-5) |
| 12 | 7/26/07 | File Responsive Brief on Claim Construction (Pat.L.R. 4-5) |
| 13 | | |
| 14 | 8/9/07 | Claim Construction Reply Brief |