```
1   John M. Farrell (#99649)
    farrell@fr.com
2   Shelley K. Mack (#209596)
    mack@fr.com
3   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
4   Redwood City, CA 94063
    Tel.: 650-839-5070
5   Fax: 650-839-5071

6   Attorneys for Defendant and
    Counterclaim Plaintiffs
7   GESTURETEK, INC. and
    VERY VIVID, INC.
8
    Kurt M. Kjelland (#172076)
9   kurt.kjelland@hellerehrman.com
    HELLER EHRMAN LLP
10  4350 La Jolla Village Drive, 7th Floor
    San Diego, CA 92122
11  Tel.: 858-450-8400
    Fax: 858-450-8499
12
    Attorneys for Plaintiff and Counterclaim Defendant
13  REACTRIX SYSTEMS, INC.
```

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 17  REACTRIX SYSTEMS, INC., | Case No. C:06-2175-SI |
| 18              Plaintiff, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON** |
| 19       vs. | |
| 20  GESTURETEK, INC., | |
| 21              Defendant. | |
| 22  AND RELATED COUNTERCLAIM. | |

25       Plaintiff and Counterclaim Defendant Reactrix Systems, Inc. ("Reactrix"), Defendant and

26  Counterclaim Plaintiff GestureTek, Inc. ("GestureTek") and Counterclaim Plaintiff Very Vivid,

27  Inc. ("Very Vivid") hereby stipulate as follows:

28

                           1    STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND
                                [PROPOSED] ORDER THEREON
                                Case No. C:06-2175-SI

1. Reactrix, GestureTek and Very Vivid have resolved the issues arising from the above-titled action and have entered into a confidential settlement agreement regarding all of Reactrix's claims and GestureTek and Very Vivid's counterclaims.

2. Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii) and 41(c), Reactrix, GestureTek, and Very Vivid hereby agree to dismiss without prejudice this action, with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

**SO STIPULATED.**

Dated: January 30, 2007　　　　　　　　　　FISH & RICHARDSON P.C.

By: _____
　　John M. Farrell

Attorneys for Defendant and Counterclaimants
GESTURETEK, INC. and VERY VIVID, INC.

Dated: January 30, 2007　　　　　　　　　　HELLER EHRMAN LLP

By: _____
　　Kurt M. Kjelland

Attorneys for Plaintiff and Counterdefendant
REACTRIX SYSTEMS, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kurt M. Kjelland.

Dated: January 30, 2007                    FISH & RICHARDSON P.C.

By: /s/ John M. Farrell
    John M. Farrell

Attorneys for Defendant and Counterclaim Plaintiffs GESTURETEK, INC. and VERY VIVID, INC.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITHOUT PREJUDICE** the above-titled action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____        _____
                                    Honorable Susan Illston
                                    United States District Judge

50396876.doc